## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JUAN PAUBLO VELEZ, MARTINIANA VELEZ, and PAOLA VELEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>BOHREN LOGISTICS, INC., and TONY WEEKLYJR.,<br><br>Defendants. | 8:17CV175<br><br>ORDER |

This matter is before the Court on the parties' Stipulation of Dismissal with Prejudice, ECF No. 251. The stipulation complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The above-captioned action will be dismissed, with prejudice, and the Court will not assess costs or attorney's fees. Accordingly,

IT IS ORDERED:

1. The Stipulation of Dismissal with Prejudice, ECF No. 251, is approved;

2. The above-captioned action is dismissed, with prejudice;

3. Any pending motions are terminated; and

4. The Court will not assess costs or attorney's fees.

Dated this 15th day of July 2020.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge